AO 83 (Rev. 06/09)  Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>**Osakpamwan Henry Omoruyi**<br>also known as<br>**Clifford Bernard**<br>also known as<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.   21-cr-10217-PBS-1 |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of Court

| Place: US DISTRICT COURT<br>1 COURTHOUSE WAY<br>BOSTON, MA 02210 | Courtroom No.:  19TH, 7TH FLOOR |
|---|---|
| | Date and Time:  6/5/2023 AT 4:00 PM |

This offense is briefly described as follows:

Date:        06/01/2023

_M. Molloy_
Issuing officer's signature

_M. Molloy - Deputy Clerk_
Printed name and title

---

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date: _____

_____
Server's signature

_____
Printed name and title